IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL KENT RICHESON, § § | |
| Plaintiff, § § | |
| vs. § | Civil Action No. 3:23-cv-01336 |
| § § | |
| ALLSTATE VEHICLE AND § PROPERTY INSURANCE COMPANY, § § | |
| Defendant. § | |

## FINAL JUDGMENT

On December 18, 2024, Plaintiff filed a Notice of Acceptance of Allstate Vehicle Property Insurance Company Rule 68 Offer of Judgment and Request for Final Judgment. Therefore, based on the foregoing and pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii) and 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Paul Kent Richeson shall recover $25,000.00, which includes costs accrued. and attorney's fees, from Defendant Allstate Vehicle Property Insurance Company.

SIGNED January 10, 2025.

DAVID C. GODBEY
CHIEF UNITED STATE DISTRICT JUDGE

1